UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:26-cr-00051-MTK |
| v. | INFORMATION |
| ANTHONY D'MONTREZ CRAWFORD, | 18 U.S.C. § 1591(a)(2) and (b)(2) |
| Defendant. | Forfeiture Allegation |

**THE UNITED STATES ATTORNEY CHARGES:**
**COUNT 1**
**(Sex Trafficking of a Child)**
**(18 U.S.C. § 1591)**

From June 2024 to August 2024, in the District of Oregon and elsewhere, defendant **ANTHONY D'MONTREZ CRAWFORD**, did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize and solicit by any means a person, to-wit: Minor Victim 1 (MV1), knowing that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act, and after having had a reasonable opportunity to observe MV1.

In violation of Title 18, United States Code, Section 1591(a)(1) and (b)(2) and (c).

**FORFEITURE ALLEGATION**

Upon conviction of the offense in Count 1, defendant **ANTHONY D'MONTREZ CRAWFORD** shall forfeit to the United States, pursuant to 18 U.S.C. § 1594(d)(l), defendant's

interest in any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property and pursuant to 18 U.S.C. § 1594(d)(2), any property, real or personal, constituting or derived from any proceeds that defendants obtained, directly or indirectly, as a result of such violation, or any property traceable to such property.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

Dated: March 5, 2026.                Respectfully submitted,

                                     SCOTT E. BRADFORD
                                     United States Attorney

                                     */s/ Joseph H. Huynh*
                                     JOSEPH H. HUYNH
                                     Assistant United States Attorney